UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALICIA RAE DEJESUS, | : | CIVIL NO: 1:23-CV-00977 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| MARTIN O'MALLEY,<br>*Commissioner of the Social Security Administration*, | : | |
| Defendant. | : | |

# ORDER
September 30, 2024

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the Commissioner's decision is **AFFIRMED**. The Clerk of Court shall enter judgment in favor of the Commissioner and against the plaintiff and then close this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge